JOSEPH BIEHL, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

Reported below, 132 App. Div. 364.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 14, 1909, reversing a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

The motion was made upon the ground that the appeal had been inadvertently taken.

*Rosslyn M. Cox* for motion.

*Philip A. Rorty* opposed.

Motion granted on payment within twenty days of the costs and disbursements of this appeal, including argument fee, and ten dollars costs of this motion. On failure to make such payment the motion is denied, with ten dollars costs.